MICHAEL W. BERDINELLA, SBN 085038
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney For:
CHRISTIAN HARRIS BLANCHETTE

**FILED**

JUN 10 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 1:22-CR-00062-JLT-SKO |
| Plaintiff, | |
| vs. | DECLARATION OF COUNSEL AND REQUEST FOR CONTINUANCE FOR PROPERTY BOND; ORDER |
| CHRISTIAN HARRIS BLANCHETTE, | |
| Defendant | |

**TO THE HONORABLE ERICA P. GROSJEAN, Magistrate Judge for the United States District Court for the Eastern District of California.**

On a 4/11/2022, it was Ordered by the Court that CHRISTIAN HARRIS BLANCHETTE to be released pursuant to obeying all Conditions of Pre-Trial Release. The Defendant and and his third-party custodian have met all the conditions except completing the $50,000.00 Property Bond. The Property Bond has been completed, except for the Deed of Trust and the Straight Note. Counsel has received the templates on how to complete the Straight Note and the California Deed of Trust from the Federal Defender's Office. However, it will take Counsel

DECLARATION OF COUNSEL AND REQUEST FOR CONTINUANCE FOR PROPERTY BOND; ORDER - 1

additional time to complete the Deed of Trust and the Straight Note. Counsel is requesting a Continuance for the due date to submit the completed secured Property Bond to the Court of August 11, 2022.

I do so declare under penalty of perjury the above stated information is true and correct to the best of my knowledge. Dated this 9th day of June, 2022, at Fresno, California.

Respectfully submitted,

                                                              /s/Michael W. Berdinella
                                                              Michael W. Berdinella
                                                              Attorney for Defendant
                                                              CHRISTIAN HARRIS BLANCHETTE

## ORDER

**IT IS SO ORDERED** that the due date for the secured Property Bond stated in the Additional Conditions of Pre-Trial Release for CHRISTIAN HARRIS BLANCHETTE in the amount of $50,000.00 be posted by August 11, 2022.

Dated: 6/10/22

                                           Erica P. Grosjean, United States Magistrate Judge