MICHAEL W. BERDINELLA, SBN 085038
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney For:
CHRISTIAN HARRIS BLANCHETTE

FILED

JUL 29 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Number: 1:22-CR-00062-JLT-SKO-14 |
| **Plaintiff,** | |
| vs. | **ORDER TO RETURN CASH BOND** |
| **CHRISTIAN HARRIS BLANCHETTE,** **Defendant** | |

## ORDER

All conditions being met, the Defendant's $10,000.00 Cash Bond posted on 04/15/2022 by Mark A. Mendez, the Defendant's father, (receipt No. CAE1000050402 and CAE1000050403) as a Condition of the Defendant's release, is to be replaced by the $50,000.00 collateral bond secured by the available equity in the Defendant's parent's residence, the Original Deed of Trust #2022018000 posted on 07/15/2022 and the Straight Note received for the Deed of Trust on 07/20/2022; and the $10,000.00 Cash Bond be returned to Mark A. Mendez.

**IT IS SO ORDERED.**

Dated: 7/29/22

_____
UNITED STATES MAGISTRATE JUDGE

ORDER TO RETURN CASH BOND - 1