PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN HARRIS-BLANCHETTE,<br><br>Defendant. | CASE NO. 1:22-CR-00062-JLT-SKO<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>Hearing Date: August 16, 2023<br>Hearing Time: 2:00 p.m. |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:    Christian Harris-Blanchette

Detained at (custodian):    Fresno County Jail

Detainee is:

a.)    ☒ charged in this district by:    [X] Petition of Violation of Pretrial Release   ☐ Information    ☐ Complaint

or

b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)    [ X ] return to the custody of detaining facility upon termination of proceedings or

b.)    [  ] be retained in federal custody until final disposition of federal charges.

WRIT OF HABEAS CORPUS    1

1. Appearance is necessary on **August 16, 2023, at 2:00 p.m.** in the Eastern District of California.

2. Dated: August 7, 2023

3.     Signature:      <u>/s/ Justin J. Gilio</u>

4.     Printed Name:      Justin J. Gilio

5.     Attorney of Record for:      United States of America

# WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***on August 16, 2023***, for an appearance at ***2:00 p.m*** and the detainee shall be returned to the custody of detaining facility upon termination of proceedings.

IT IS SO ORDERED.

Dated:   **August 7, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:
AKA(s) (if applicable):                                              ☒Male  ☐Female
JID #:       7110565                                                 DOB:  06/15/1995
Facility Address:                                                    Race:

Facility Phone:                                                      FBI#:
Currently Incarcerated For:

**RETURN OF SERVICE**
Executed on:
                                    (signature)

WRIT OF HABEAS CORPUS                     3