PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00062-JLT-SKO |
|---|---|
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS |
| v. | Hearing Date: August 28, 2023<br>Hearing Time: 10:00 a.m. |
| CHRISTIAN HARRIS-BLANCHETTE, | |
| Defendant. | |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:     Christian Harris-Blanchette

Detained at (custodian):     Fresno County Jail

Detainee is:

a.)    ☒ charged in this district by:        [X] Indictment        ☐ Information  ☐ Complaint

or

b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)    [ X ] return to the custody of detaining facility upon termination of proceedings or

b.)    [ ] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on **August 28, 2023, at 10:00 a.m.** in the Eastern District of California.

Dated:  August 16, 2023

    Signature:                /s/ Justin J. Gilio

    Printed Name:       Justin J. Gilio

    Attorney of Record for:   United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on August 28, 2023*, for an appearance at *10:00 a.m* and the detainee shall be returned to the custody of detaining facility upon termination of proceedings.

IT IS SO ORDERED.

Dated:  **August 16, 2023**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male ☐Female | |
| JID #: | 7110565 | DOB: | 06/15/1995 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on: _____    _____
                                          (signature)

WRIT OF HABEAS CORPUS                3