Michael W. Berdinella
Law Office of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA  93704
Phone: (559) 436-8000
Fax:  (559) 436-8900
Email: attyberdinella@gmail.com

Attorney for CHRISTIAN HARRIS-BLANCHETTE

# IN THE UNITED STATES DISTRIC COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:22-CR-00062-014 JLT SKO |
| **Plaintiff,** | **MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |
| vs. | |
| **CHRISTIAN HARRIS-BLANCHETTE,** | |
| **Defendant** | |

On 04/04/2022, Defendant Christian Harris-Blanchette was in Federal Court to respond to an Indictment charging him with violating 21 U.S.C. §§ 846, 841(a)(1), Possession with Intent to Distribute a Mixture or Substance Containing Fentanyl.  CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge Hon. Barbara A. McAuliffe as trial counsel to represent Ms. Harris-Blanchette on 04/05/2022 in his criminal case.  Mr. Harris-Blanchette was sentenced pursuant to a Plea Agreement on 11/27/2023.  No direct appeal was filed.   Mr. Harris-Blanchette was in custody at Sentencing. The trial phase of Mr. Harris-Blanchette's criminal

SENTENCING MEMORANDUM CHRISTIAN HARRIS-BLANCHETTE - 1

case has, therefore, come to an end.   Having completed his representation of Mr. Harris-Blanchette, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Harris-Blanchette require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 01/30/2024                               Respectfully submitted,


/s/ Michael W. Berdinella
Michael W. Berdinella
Attorney for Defendant
Christian Harris-Blanchette


**[~~PROPOSED~~] ORDER**

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone

SENTENCING MEMORANDUM CHRISTIAN HARRIS-BLANCHETTE - 2

number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

    The Clerk of Court is directed to serve a copy of this order on Defendant Christian Harris-Blanchette at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Christian Harris-Blanchette
CDCR # BW8070
Wasco State Prison Reception Center
701 Scofield Ave.
Wasco, CA 93280

    IT IS SO ORDERED.

Dated: Jnaury 30, 2024

_____
UNITED STATES DISTRICT JUDGE

SENTENCING MEMORANDUM CHRISTIAN HARRIS-BLANCHETTE - 3